Exhibit A to the Complaint

**Location:** Honolulu, HI  
**Total Works Infringed:** 24

**IP Address:** 50.113.14.78  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AAEDD99923F5CAFAA506165AD75D826B5AA87FE2<br>File Hash: AF8E348D8B38D5ADDCB1391C74ABC023B57B7A5D673B1B6278CB689DBCF9E877 | 04/06/2024 22:22:42 | Slayed | 08/01/2023 | 08/22/2023 | PA0002431033 |
| 2 | Info Hash: 117B854063633E382FFEBD9C7C3267D61AB5F07F<br>File Hash: 8B4C898E24912DB98D742AA84876B14FF25315625769E5A434AA94F4F853F014 | 03/21/2024 06:10:19 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 3 | Info Hash: 075A62341A62EE0C3A0CDE314B6E81AB4FE96E9B<br>File Hash: 3F95CC21985E527E682DA86CC4F90DBD329FEB5427AC7DC1FBA637041699F27E | 03/09/2024 05:23:46 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 4 | Info Hash: 7F9B1FCAD6CDE5591A1289E559C552E12633DC89<br>File Hash: 1AA39940C3FF2C150F6D6CF6556E551BBE962C661F78566F11013A324523D0F2 | 12/02/2023 07:35:41 | Tushy | 11/26/2023 | 12/13/2023 | PA0002445325 |
| 5 | Info Hash: A49453C57FFF98CDFA8052AF57756B04E1710ED2<br>File Hash: FF52E86CD2DE94E151024C7E8C7FEDF2028EF2998C2E40AF5BFE9D0F9586A196 | 11/22/2023 05:28:58 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 6 | Info Hash: 5DB694C22D4A5B18B07050112666F098FC37EF41<br>File Hash: CEC8E017673D79DDF17B2C5C056A9EA8D952ECD571392BE946A634D53D272EE1 | 09/25/2023 05:12:46 | Slayed | 06/27/2023 | 07/14/2023 | PA0002427522 |
| 7 | Info Hash: 89C58C66D343F338D5F2A7B1B7FDC6DFB12C7050<br>File Hash: 62EEE16EFC2EA791C25B323955530CAC9F89AB9D7FBBB5BBC6ED49E1669F0A31 | 08/12/2023 08:26:39 | Vixen | 11/11/2022 | 12/11/2022 | PA0002384688 |
| 8 | Info Hash: 8C4595680733C2AF8219D8E6C3CAD8B83A196999<br>File Hash: 8667623EBA42732F8F34A1ECA5AD4860405CA83A6733F05B8AF7BBE991E58365 | 06/04/2023 03:08:12 | Slayed | 11/29/2022 | 01/05/2023 | PA0002394013 |
| 9 | Info Hash: CBF8441744FD3BF98E0173CF5B28A98CF83F08A6<br>File Hash: 3C5AE45DB4437A987493F706E5212752C5311934AF641531FD2B5F29D0E017BB | 05/23/2023 06:03:45 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 10 | Info Hash: 34A30B760CAFEDB0D4E3BE08EDC730520F248CFB<br>File Hash: D36E30F88F45E5E233E28BE157BD05DF53BDFA57D117A7B0E1D2B230052D4C5D | 03/14/2023 12:58:09 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 11 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash: B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 03/14/2023 06:45:02 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 371CBF92E07AFEE9979A8C6A42CD28FA9F2037E0<br>File Hash: F98F83E8320B5A782EB60FF01DB71D6C73E95D95D8DBEF6C4A3BC1EF990F27B5 | 03/14/2023 06:25:31 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 13 | Info Hash: BD8D30C9721791D959D3E309C661C654E1BACD88<br>File Hash: DC4312BC488E11791A367956A3776DBB35F06E3E4E564B7F8E2FDAAF071DA7A4 | 03/14/2023 05:54:33 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 14 | Info Hash: E186257E03D7808AE25CD2C5E7A53D770AF886B0<br>File Hash: D8016B4CD0452C2277789D7737ABC8233AE5FD1EC77379B66C6C079D2B896AAC | 02/05/2023 08:49:52 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 15 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash: 46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01/16/2023 20:57:02 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 16 | Info Hash: 0DF2E85606A30AA5123FEE3EFB92D5A5859F9DDB<br>File Hash: 47D3F6164ABD26184975B292F41AB7172747402DE2121E7F72272BA45DC9B7B4 | 12/21/2022 04:10:28 | Vixen | 12/16/2022 | 01/10/2023 | PA0002389621 |
| 17 | Info Hash: 486675E78048F691B853CFD5388D5C7586CFDF0B<br>File Hash: 379B4457D922DF9A452BF730D4807ABC37DDB9A8121161EBADAB9E427D48D3FA | 12/14/2022 04:06:56 | Slayed | 06/07/2022 | 07/21/2022 | PA0002367487 |
| 18 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash: 9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 12/03/2022 05:45:23 | Blacked | 11/26/2022 | 12/11/2022 | PA0002384739 |
| 19 | Info Hash: A226E8E6DE9FA142E62B538BC31C1E913297A4F2<br>File Hash: B028A68CC5FF94995EF12037B648A4F3DEFBB9D10A571805861DE84AC24C43B9 | 10/25/2022 05:04:19 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 20 | Info Hash: 3D5E2315A5B5A6730F2D7BE6EE853CA790FFFEA1<br>File Hash: 6B70DD0F4DE298F139E72133BCC77A9EF5A0B4B7FF25A25895B6AA8D01BB1AD9 | 08/04/2022 08:06:19 | Vixen | 02/18/2022 | 03/29/2022 | PA0002342837 |
| 21 | Info Hash: 3534C2B08D91633EB0FB960A4C43E4E810E2E421<br>File Hash: 5DE7DF867C95C6AF0E4F52435B2069EE796E3EE8850A7F4AA8F2171A5C86E66B | 07/31/2022 08:39:02 | Vixen | 07/29/2022 | 08/29/2022 | PA0002367717 |
| 22 | Info Hash: E24C852E6DBF23B373BDCCF6C77C3FA2CEDAC5AE<br>File Hash: 52AE1781454B2D691E9D73E3A8DEAB862E8EB61C4C6392B8B8917991D4D928EA | 12/03/2021 03:26:18 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 23 | Info Hash: 5A443D013A7143212C1C9506ACA62C1B071510CD<br>File Hash: 006871CCC927116E43461AA9F16B177A97A4C18D440F0AA5F1A3FD6B0F9FC912 | 05/30/2021 22:28:41 | Vixen | 05/14/2021 | 06/03/2021 | PA0002299686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 25181ED05F2F5B4D6D57958A7ADE413AD7BB3CCD<br>File Hash: D022A939DB07B30E913F769A70F9DF1E07FA5F33C129A560289254DD3CC94876 | 05/16/2021 15:10:08 | Tushy | 04/11/2021 | 04/27/2021 | PA0002288948 |