LI & TSUKAZAKI
Attorneys at Law, LLC

PHILLIP A. LI        4262-0
(pal@lt-hawaii.com)
ALBERT K. LI        11338-0
(akl@lt-hawaii.com)
733 Bishop Street, Suite 1770
Honolulu, Hawaii  96813
Telephone:  (808) 524-4886
Facsimile:  (808) 524-4887

Attorneys for Defendant
JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 50.113.14.78

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| STRIKE 3 HOLDINGS, LLC,<br><br>     Plaintiff,<br><br>  vs.<br><br>JOHN DOE subscriber assigned IP address 50.113.14.78,<br><br>     Defendant. | CIVIL NO. 1:24-cv-00193-HG-KJM<br><br>DEFENDANT JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 50.113.14.78'S OBJECTION TO PLAINTIFF STRIKE 3 HOLDINGS, LLC'S THIRD-PARTY SUBPOENA; DECLARATION OF COUNSEL; EXHIBITS "1" – "6"; CERTIFICATE OF SERVICE |
|---|---|

**DEFENDANT JOHN DOE SUSCRIBER
ASSIGNED IP ADDRESS 50.113.14.78'S OBJECTION TO
<u>PLAINTIFF STRIKE 3 HOLDINGS, LLC'S THIRD-PARTY SUBPOENA</u>**

Defendant JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 50.113.14.78 ("Defendant"), by and through Defendant's attorneys, Li & Tsukazaki, Attorneys at Law, LLLC, hereby objects to the subpoena duces tecum ("Subpoena") issued by Plaintiff STRIKE 3 HOLDINGS, LLC ("Plaintiff") to Charter Communications, Inc. ("Charter"), which seeks to uncover Defendant's name and address.  Given the sensitive nature of the claims asserted in Plaintiff's Complaint, the disclosure of Defendant's name and address in public filings will lead to serious and irreparable harm to Defendant's reputation.  See Braun v. Primary Distrib. Doe No. 1, Case No.: 12-3690 YGR (JSC), 2012 U.S. Dist. LEXIS 195113, at *8 (N.D. Cal. Dec. 18, 2012) ("[A]n allegation that an individual illegally downloaded adult entertainment may relate to matters of a sensitive and highly personal nature, including one's sexuality.") (citations omitted).

Upon learning that Charter had been served with the subpoena, Defendant retained this firm to handle his defense.  Defendant's counsel Phillip A. Li ("Li") spoke with Plaintiff's counsel Christian Kamau ("Kamau") briefly on July 22, 2024 about the matter.  On July 24, 2024, Li sent Kamau an email and a copy of a letter that was being sent to Charter as well as Kamau.  In that letter, Li requested that the parties agree to a resolution to allow the disclosure of documents by

Charter while protecting the identity of Defendant.  See Exhibit "1" – Email from Li dated July 24, 2024.

On July 26, 2024, Kamau sent an email with a [PROPOSED] ORDER ON THE PARTIES JOINT STIPULATED MOTION FOR A PROTECTIVE ORDER and a draft JOINT STIPULATED MOTION FOR A PROTECTIVE ORDER (the "Motion and Order") providing that the confidentiality of Defendant's identity would be maintained until the close of discovery.  See Exhibit "2" – Email from Kamau dated July 26, 2024 with the Motion and Order.  On July 29, 2024, Li sent proposed revisions to the Motion and Order.  See Exhibit "3" – Email from Li dated July 29, 2024 and proposed revisions to Motion and Order.

On July 31, 2024, Kamau advised that Li's changes were acceptable, but the identity of Defendant would be protected only through the end of discovery unless Defendant obtained a Court order further extending protection of Defendant's identity.  See Exhibit "4" – Email from Kamau dated July 31, 2024.  Based upon that email, and discussion of counsel, Li sent revised versions of the Motion and Order.  See Exhibit "5" – Email from Li dated July 31, 2024 and revised Motion and Order.

Today, on August 2, 2024, Kamau sent an email advising that Plaintiff now wished to disclose the identity of Defendant to **third persons during the course of discovery**, dramatically changing Plaintiff's stated position and threatening the

protection of the identity that Defendant seeks.  <u>See</u> Exhibit "6" – Email from Kamau dated August 2, 2024.  Li then telephoned Kamau to request that Plaintiff agree to a one-week extension so that the parties could further negotiate a Motion and Order.  Kamau advised that he would communicate with Plaintiff about the request, but Kamau has not yet advised Li of Plaintiff's response.  Accordingly, Defendant files this Objection to the Subpoena and intends to file Motions to Proceed Anonymously and for a Protective Order to prevent the disclosure of Defendant's identifying information to the public unless and until the Court specifically orders otherwise.

DATED:  Honolulu, Hawaii, August 2, 2024.

                                    LI & TSUKAZAKI
                                    Attorneys at Law, LLC

                                  */s/ Phillip A. Li*
                                  PHILLIP A. LI
                                  ALBERT K. LI
                                  Attorneys for Defendant
                                  JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 50.113.14.78