IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN DOE subscriber assigned IP address 50.113.14.78,<br><br>    Defendant. | CIVIL NO. 1:24-cv-00193-HG-KJM<br><br>DECLARATION OF PHILLIP A. LI |

DECLARATION OF PHILLIP A. LI

I, PHILLIP A. LI, do hereby declare the following under penalty of perjury:

1.  I am an attorney, licensed to practice law in the State of Hawaiʻi, and am a member of the law firm of Li & Tsukazaki, Attorneys at Law, LLLC. The law firm of Li & Tsukazaki, Attorneys at Law, LLLC, represents Defendant JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 50.113.14.78 ("Defendant") in the above-captioned case.

2.  I have personal knowledge of the facts set forth in the Objection To Plaintiff Strike 3 Holdings, LLC's Third-Party Subpoena and this Declaration and am competent to testify as to those facts.

3.  Attached hereto as Exhibit "1" is a true and correct copy of my email to Plaintiff's counsel, Christian Kamau, Esq. ("Kamau"), dated July 24, 2024, to

which I attached a letter dated July 24, 2024, to Kamau and Defendant's Internet Service Provider, Charter Communications, Inc.

4. Attached hereto as Exhibit "2" is a true and correct copy of an email I received from Kamau dated July 26, 2024, to which he attached a [PROPOSED] ORDER ON THE PARTIES JOINT STIPULATED MOTION FOR A PROTECTIVE ORDER ("Order") and a draft JOINT STIPULATED MOTION FOR A PROTECTIVE ORDER ("Motion") (collectively, the "Motion and Order").

5. Attached hereto as Exhibit "3" is a true and correct copy of my email to Kamau dated July 29, 2024, to which I attached the Motion and Order with our proposed edits.

6. Attached hereto as Exhibit "4" is a true and correct copy of an email I received from Kamau dated July 31, 2024.

7. Attached hereto as Exhibit "5" is a true and correct copy of my email to Kamau dated July 31, 2024, to which I attached the Motion and Order with further edits.

8. Attached hereto as Exhibit "6" is a true and correct copy of an email I received from Kamau dated August 2, 2024, to which he attached the Motion and Order with additional edits.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, August 2, 2024.

/s/ Phillip A. Li
PHILLIP A. LI